# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :   No. 4 EM 2020

                Respondent          :

           v.               :

ERIC J. DAVIS,                :

            Petitioner        :

## ORDER

**PER CURIAM**

    **AND NOW**, this 27th day of March, 2020, the "Petition for Allowance to File a Petition for Allowance of Appeal *Nunc Pro Tunc*" is DENIED.